THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE ALVEREZE, Appellant.

Titone, J. P., Thompson, Bracken and Rubin, JJ., concur.